# CRIMINAL MINUTES - SENTENCING

Case Number: 1:07CR00029　　　　　　　　　Date: July 20, 2007

USA v. The Purdue Frederick Company, Inc.　　Counsel: Howard Shapiro & Kimberly Parker
　　　　Michael Friedman　　　　　　　　　　　　　　　Mark Pomerantz
　　　　Howard Udell　　　　　　　　　　　　　　　　　Mary Jo White
　　　　Paul Goldenheim　　　　　　　　　　　　　　　Andrew Good

| PRESENT: | JUDGE: | James P. Jones, Chief USDJ |
|---|---|---|
| | Deputy Clerk: | Allison Cook |
| | Court Reporter: | Bridget Dickert, OCR |
| | U. S. Attorney: | Rick Mountcastle & Randy Ramseyer |
| | USPO: | Greg Lambert |

**TERM OF PROBATION:** Company – Five (5) years w/ standard conditions and the following special conditions – must report in writing to the probation officer once each three months and disclose therein any criminal prosecution, civil litigation, administrative proceeding, or investigation or inquiry by any governmental authority commenced against it or any of its affiliated entities since the last such report, of which the defendant has knowledge.

The defendant is ordered to pay a fine in the amount of $500,000, and a special assessment of $400, due immediately.

It is further ordered that the financial sanctions and obligations agreed to in the defendant's plea agreement are hereby imposed on the defendant in the manner as set forth in the plea agreement.

Individual defendants: Three (3) years of probation w/ standard and special conditions:

Must not commit another federal, state, or local crime; they must not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance;

any mandatory drug testing provision of law is waived;

must pay any monetary sanction imposed by this judgment;

must provide 400 hours of community service related to prescription drug abuse treatment or prevention, as approved in advance by the probation officer;

ordered that each defendant pay a fine in the amount of $5,000 and a special assessment of $25, due immediately;

further ordered that each defendant pay the amount set froth in his plea agreement to the Virginia Medicaid Fraud Unit's Program Income Fund, in the manner set forth in such plea agreement.

**PROCEEDINGS:** AUSA and defendants w/ counsel present for sentencing hearing. PSR timely received and reviewed by counsel and defendants. Statements by opponents and proponents of Oxycontin. Argument by counsel. Court accepts the plea agreements and denies the third party motions. Sentences pronounced by the court. Court adjourned.

**WITNESSES:**

1. Dillie L. Walker
2. Joyce Walker
3. Catherine Joan Hamilton

**TIME IN COURT:** 1:00 pm - 2:43 pm; 2:56 pm - 3:51 pm; 4:19 pm - 4:36 pm